**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2359**

BERNARD OBI EFFIOM,

                    Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  May 24, 2012                    Decided:  May 30, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington, Virginia, for Petitioner.  Stuart F. Delery, Acting Assistant Attorney General, Richard M. Evans, Assistant Director, Christina Bechak Parascandola, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Obi Effiom, a native and citizen of Cameroon, petitions for review of the Board of Immigration Appeals' ("Board") order denying his motion to reopen his case sua sponte. See 8 C.F.R. § 1003.2(a) (2011). We lack jurisdiction to review the Board's refusal to exercise its sua sponte authority to reopen and therefore dismiss the petition for review. See Mosere v. Mukasey, 552 F.3d 397, 400–01 (4th Cir. 2009).

Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED